# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**KIMPHNEY BRENT STEWART**　　　　　　　　　　　　**PETITIONER**
Reg # 32522-044

v.　　　　　　　No. 2:12-cv-159-DPM–HDY

**T.C. OUTLAW**
Warden, FCI – Forrest City　　　　　　　　　　　　**RESPONDENT**

## ORDER

Stewart has objected to Magistrate Judge H. David Young's recommendation, *Document No. 10*, that the Court dismiss his petition for a writ of habeas corpus. On *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Judge Young's well-reasoned opinion with an additional word. Stewart's state and federal charges were related. *Document No. 1, at 40*. That was a good reason for Judge Shaw to order a concurrent federal sentence. But it does not mean the BOP wrongly computed that sentence. Stewart's petition is dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 December 2012