IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KIMPHNEY BRENT STEWART**  PETITIONER
**Reg # 32522-044**

v.  No. 2:12-cv-159-DPM

**T.C. OUTLAW**
**Warden, FCI – Forrest City**  RESPONDENT

## JUDGMENT

Stewart's petition for a writ of habeas corpus is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 December 2012