IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KIMPHNEY BRENT STEWART**   PETITIONER
**Reg # 32522-044**

v.   No. 2:12-cv-159-DPM

**T.C. OUTLAW**
**Warden, FCI – Forrest City**   RESPONDENT

JUDGMENT

Stewart's petition for a writ of habeas corpus is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 December 2012